# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TERRANCE JONES,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 11-1620 (RJL)** |
| **JEREMY BEAVER,** *et al.*, | ) | |
| **Defendants.** | ) | |

## DISMISSAL ORDER
(April 24, 2012)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants Kevin Carr and Awthentik are **DISMISSED WITHOUT PREJUDICE** as parties to this action; it is further

**ORDERED** that Jeremy Beaver and Listen Vision, LLC's motion to dismiss [Dkt. #22] is **GRANTED**; it is further

**ORDERED** that the plaintiff's motions for summary judgment [Dkt. #36] and for entry of default [Dkt. # 39-40] are **DENIED**; and it is further

**ORDERED** that the complaint and this civil action are **DISMISSED WITHOUT PREJUDICE**.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

RICHARD J. LEON
United States District Judge